Tony SARTORI, Appellant, v. Finch R. ARCHER, as Warden of United States Penitentiary at McNeil Island, State of Washinton, Appellee.

(Circuit Court of Appeals, Ninth Circuit. October 26, 1925.)

No. 4674.

Appeal from the District Court of the United States for the Southern Division of the Western District of Washington; Frank S. Dietrich, Judge.

J. L. Finch, of Seattle, Wash., for appellant.

Thos. P. Revelle, U. S. Atty., and J. W. Hoar, Asst. U. S. Atty., both of Seattle, Wash., for appellee.

Before GILBERT, RUDKIN, and McCAMANT, Circuit Judges.

McCAMANT, Circuit Judge. This is a companion case with Petrai v. Archer, 8 F.(2d) 354, just decided. The questions raised in the two cases are identical, and, on the authority of that case, the decree is affirmed.